IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| JACK A. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv350-MHT |
| | ) | (WO) |
| NURSE DIANNE, | ) | |
| | ) | |
| Defendant. | ) | |


OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate,
filed a lawsuit asserting that the defendant, a nurse
employed at the Covington County Jail, denied him
prescribed treatment for a serious medical need.  This
lawsuit is now before the court on the recommendation
of the United States Magistrate Judge that plaintiff's
case be dismissed.   There are no objections to the
recommendation.   After an independent and de novo
review of the record, the court concludes that the
magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of September, 2015.

  /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE